UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

ANNA RODRIGUEZ,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

### First-Degree Home Invasion

On or about July 28, 2025, in Chippewa County, on land held in trust by the United States for the Sault Ste. Marie Tribe of Chippewa Indians, in the Northern Division of the Western District of Michigan, the defendant,

ANNA RODRIGUEZ,

a non-Indian, entered Victim's dwelling without permission with intent to assault Victim (an Indian) in the dwelling, and did assault Victim while the defendant was entering and present in the dwelling. Victim, J.M., and Minor 1 were all lawfully present in the dwelling at the time the defendant entered, was present in, and exited the dwelling.

Mich. Comp. Laws § 750.110a(2)(b)
18 U.S.C. § 13
18 U.S.C. § 1151
18 U.S.C. § 1152

A TRUE BILL

[ /s/ Redacted ]

_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
HANNA L. RUTKOWSKI
Assistant United States Attorney